# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0273

_____

SUSAN C. BONNELL,

    Petitioner,

v.

LEIGH STEPHENS, et al.,

    Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


May 1, 2025


PER CURIAM.

    DISMISSED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jerry L. Rumph, Jr. of Brooks Law, Tallahassee, for Petitioner.

No appearance for Respondents.